JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IGO CONSOLIDATED CORPORATION SDN BHD, a Malaysian corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>MTN PRODUCTS, INC., a Florida corporation; PRODUCT SOLUTIONS INTERNATIONAL, INC., a California corporation; and ROES 1 through 50, inclusive,<br><br>   Defendants. | Case No. CV09-09283-R (FMOx)<br><br>**ORDER REMANDING CASE TO LOS ANGELES SUPERIOR COURT** |
| MTN PRODUCTS INC., a Florida corporation qualified to do business in California,<br><br>   Counterclaimant,<br><br>   v.<br><br>IGO CONSOLIDATED CORPORATION SDN BHD, a Malaysian corporation; and FORMOSA PROSONIC EQUIPMENT, SDN BHD, a Malaysian corporation,<br><br>   Counterdefendants. | |

1  Based on the stipulation of the parties to remand this action to the Los Angeles
2  Superior Court, this Court orders as follows:
3  Case No. CV09-09283-R (FMOx) is remanded to the Los Angeles Superior
4  Court, East District, Pomona Courthouse (South).  The Los Angeles Superior Court
5  case number of this action is KC057174-O.

7  **IT IS SO ORDERED.**

8  Dated: January 19, 2010.

   UNITED STATES DISTRICT JUDGE